■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CASSIDY GREEN, Appellant. [864 NYS2d 378]—Appeal from a judgment of the Monroe County Court (Patricia D. Marks, J.), rendered March 30, 2005. The judgment convicted defendant, upon her plea of guilty, of manslaughter in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Martoche, Fahey, Peradotto and Gorski, JJ.